IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**
    **Plaintiff,**

v.                                          Case No. 22-CR-1002  DHU

**JEREMY HUNT**
    **Defendant.**

### OBJECTIONS / CORRECTIONS TO PSR: SUPPLEMENT #1

Jeremy Hunt by his attorney, Douglas E. Couleur, files the following supplemental objection to the PSR.

    **15.  ¶35**

This paragraph applies one point for a Massachusetts conviction in 2016 for operating a vehicle under the influence.  On August 1, 2023, and August 2, 2023, counsel received documentation from the prosecutor in the case and the court clerk showing that Mr. Hunt withdrew his plea to the charge on March 24, 2016.  There were no further proceedings in the case until August 1, 2023, when the prosecutor filed a Nole Prosequi in the matter.  There is no longer a warrant in this case.

Therefore, the one criminal history point should be deleted, and the case moved from "Adult Criminal Convictions" to "Other Arrests" in the PSR, which should reflect that the case was dismissed.

The documentation has been provided to the United States Probation Office and the Government on today's date.

                                        Respectfully submitted,

                                        /s/ Douglas E. Couleur
                                        Douglas E. Couleur
                                        P.O. Box 6138
                                        Santa Fe, NM 87502
                                        (505) 984-1962
                                        (505) 819-0522 (fax)
                                        doug@couleurlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on August 2, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States and the Probation Office, to be served with a copy of this pleading by electronic means.

*Electronically filed* /s/ Douglas E. Couleur